**Order entered June 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00215-CV

### IN RE ANCIENT SEAS EXPLORATION & PRODUCTION, LLC, AND
### CONTINENTAL EXPLORATION, LLC, Relators

**Original Proceeding  from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-2967**

## ORDER
Before Justices Lang-Miers, Brown and Whitehill

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **LIFT** the stay imposed by order our dated February 24, 2015.  We **ORDER** relator to bear

the costs of this original proceeding.


/s/      ELIZABETH LANG-MIERS
JUSTICE